IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZIMMER TECHNOLOGY, INC., a Delaware corporation, and ZIMMER, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>INNOMED, INC., a Delaware corporation,<br><br>    Defendant. | Civil Action No. _____ |

### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Plaintiffs Zimmer Technology, Inc. and Zimmer, Inc. certifies that:

(1)  Zimmer Holdings, Inc. is the sole owner of Zimmer, Inc., which is the sole owner of Zimmer Technology, Inc.;

(2)  Zimmer Holdings, Inc. is a publicly-held corporation.

Dated: July 15, 2005        By: _____
Richard K. Herrmann (I.D. #405)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
(302) 571-1750  Facsimile
rherrmann@morrisjames.com

Michael H. Baniak
Christina L. Brown
William F. Ward III
BANIAK PINE & GANNON
150 N. Wacker Drive, Suite 1200
Chicago, Illinois  60606
(312) 673-0360
(312) 673-0361  Facsimile

Attorneys for Plaintiffs
ZIMMER TECHNOLOGY, INC. and ZIMMER, INC.