AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Delaware

Zimmer Technology, Inc. and Zimmer, Inc.
    Plaintiffs,

**SUMMONS IN A CIVIL CASE**

V.

Innomed, Inc.
    Defendant

CASE NUMBER: 05-494 JJF

TO: (Name and address of Defendant)
Innomed, Inc.
c/o Registered Agent - United States Corporation Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard K. Herrmann, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
302.888.6800

an answer to the complaint which is served on you with this summons, within ____Twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

AUG - 1 2005

DATE

2002 © American LegalNet, Inc.

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 8/1/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| EUGENE MATTHEWS | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☑ Other (specify): PERSONALLY SERVED INNOMED, INC by SERVING its REGISTERED AGENT, UNITED STATES CORPORATION Co AT 2711 CENTERVILLE RD, WILM, DE 19808 AT 3:03 P.M. PERSON ACCEPTING SERVICE: MARY DRUMMOND

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/1/05

*Signature of Server:* Eugene E. Matthews

PARCELS INC
4 E 7TH ST
WILM DE 19801

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2002 © American LegalNet, Inc.