IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZIMMER TECHNOLOGY, INC., a Delaware corporation, and ZIMMER, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>INNOMED, INC., a Delaware corporation,<br><br>    Defendant. | Civil Action No. 05-494 JJF<br><br>**JURY TRIAL DEMANDED** |

PRAECIPE

TO:    Clerk of the Court
        United States District Court
           For the District of Delaware
        855 King Street
        Wilmington, DE 19801

PLEASE ISSUE ALIAS SUMMONS and Complaint to the Defendant Innomed, Inc., by serving the Secretary of State, 401 Federal Street, Suite 3, Dover, Delaware 19901, pursuant to 10 *Del. C.* § 3104.

Dated: August 15, 2005                    By:    */s/ Richard K. Herrmann*
                                                            Richard K. Herrmann (I.D. #405)
                                                             MORRIS, JAMES, HITCHENS &
                                                            WILLIAMS LLP
                                                            222 Delaware Avenue, 10th Floor
                                                           Wilmington, Delaware 19801
                                                          (302) 888-6800
                                                          (302) 571-1750 Facsimile
                                                          rherrmann@morrisjames.com

                                                          Attorneys for Plaintiffs
                                                          ZIMMER TECHNOLOGY, INC. and
                                                          ZIMMER, INC.