## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Zimmer Technology, Inc., a Delaware corporation, and Zimmer, Inc., a Delaware corporation, | Civil Action No. 05-494 JJF |
| Plaintiffs, | Judge Joseph J. Farnan, Jr. |
| v. | |
| Innomed, Inc., a Delaware corporation | |
| Defendant. | |

## STIPULATION AND ORDER REGARDING SERVICE OF PROCESS UNDER FEDERAL RULE OF CIVIL PROCEDURE 4(d)

WHEREAS, Zimmer Technology, Inc., and Zimmer, Inc. (collectively "Zimmer"), filed a Complaint in this matter on July 15, 2005;

WHEREAS, on August 22, 2005, Zimmer and Innomed, Inc. ("Innomed") agreed to Innomed waiving service of a summons pursuant to Fed. R. Civ. Pro. 4(d);

NOW THEREFORE, by and through their respective counsel of record, Zimmer and Innomed hereby stipulate that Innomed is not required to file an Answer or otherwise respond to the Complaint until October 21, 2005 (60 days after the request for waiver of service).

IT IS SO STIPULATED:

By: _____
    Nathan C. Belzer
    BELZER PC
    2 East Bryan Street
    401 Johnson Square Business Center
    Savannah, Georgia 31401
    (912) 236-3001
    (912) 236-3003 Facsimile
    Attorney for Defendant
    Innomed, Inc..

By: _____
    Richard K. Herrmann
    Bar Number 405
    MORRIS, JAMES, HITCHENS &
    WILLIAMS LLP
    PNC Bank Center
    222 Delaware Avenue, 10th Floor
    P.O. Box 2306
    Wilmington, Delaware 19899
    (302) 888-6800
    (302) 571-1750 Facsimile

    Michael H. Baniak
    Christina L. Brown
    William F. Ward III
    BANIAK PINE & GANNON
    150 N. Wacker Drive, Suite 1200
    Chicago, Illinois 60606
    (312) 673-0360
    (312) 673-0361 Facsimile

    Attorneys for Plaintiffs Zimmer
    Technology, Inc. and Zimmer, Inc.

IT IS SO ORDERED:

Dated: _____

By: _____
    Joseph J. Farnan, Jr.
    United States District Court Judge