## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ZIMMER TECHNOLOGY, INC.,
a Delaware corporation, and
ZIMMER, INC., a Delaware corporation,

Civil Action No. 05-494 JJF

     Plaintiffs,

     v.

INNOMED, INC., a Delaware corporation,

     Defendant.

### NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Defendant Innomed,

Inc. having not yet answered the Complaint nor having moved for summary judgment, Plaintiffs

Zimmer Technology, Inc. and Zimmer, Inc. voluntarily dismiss this action without prejudice.

Dated: October 5, 2005     By:     */s/ Richard K. Herrmann*
     Richard K. Herrmann (I.D. #405)
     MORRIS, JAMES, HITCHENS & WILLIAMS LLP
     222 Delaware Avenue, 10th Floor
     Wilmington, Delaware 19801
     (302) 888-6800
     (302) 571-1750  Facsimile
     rherrmann@morrisjames.com

     Michael H. Baniak
     Christina L. Brown
     William F. Ward III
     BANIAK PINE & GANNON
     150 N. Wacker Drive, Suite 1200
     Chicago, Illinois  60606
     (312) 673-0360
     (312) 673-0361  Facsimile

     Attorneys for Plaintiffs
     ZIMMER TECHNOLOGY, INC. and ZIMMER, INC.