# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ZIMMER TECHNOLOGY, INC.,
a Delaware corporation, and
ZIMMER, INC., a Delaware corporation,

      Plaintiffs,

      v.

INNOMED, INC., a Delaware corporation,

      Defendant.

Civil Action No. 05-494 JJF

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Defendant Innomed,

Inc. having not yet answered the Complaint nor having moved for summary judgment, Plaintiffs

Zimmer Technology, Inc. and Zimmer, Inc. voluntarily dismiss this action without prejudice.

Dated: October 5, 2005      By:     */s/ Richard K. Herrmann*
                              Richard K. Herrmann (I.D. #405)
                              MORRIS, JAMES, HITCHENS & WILLIAMS LLP
                              222 Delaware Avenue, 10th Floor
                              Wilmington, Delaware 19801
                              (302) 888-6800
                              (302) 571-1750  Facsimile
                              rherrmann@morrisjames.com

                              Michael H. Baniak
                              Christina L. Brown
                              William F. Ward III
                              BANIAK PINE & GANNON
                              150 N. Wacker Drive, Suite 1200
                              Chicago, Illinois  60606
                              (312) 673-0360
                              (312) 673-0361  Facsimile

                              Attorneys for Plaintiffs
                              ZIMMER TECHNOLOGY, INC. and ZIMMER, INC.